AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

FRANCIS T. HARRIS,

        Plaintiff,

        v.

DR. KENNEDY,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-5145-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: this action is DISMISSED without prejudice for failure to prosecute and to comply with this Court's directives under Rule 41(b), Federal Rules of Civil Procedure.

| | |
|---|---|
| February 19, 2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Sheila Parpolia |
| | *(By) Deputy Clerk* |
| | Sheila Parpolia |